**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **BEAUREGARD HARVEY** | ) | Case No. 2:26-cv-00976 |
| | ) | |
| Plaintiff, | ) | Judge Edmund A. Sargus, Jr. |
| | ) | Magistrate Judge Vascura |
| vs. | ) | |
| | ) | **ENTRY OF APPEARANCE OF COUNSEL** |
| **CHIEF JUSTICE SHARON KENNEDY, et al,** | ) | |
| | ) | |
| Defendants. | ) | Dale R. Emch, Director of Law (0080004) |
| | ) | Jeffrey B. Charles, Chief of Litigation (0064514) |
| | ) | John T. Madigan, Senior Attorney (0023614) |
| | ) | City of Toledo, Department of Law |
| | ) | One Government Center, Suite 2250 |
| | ) | Toledo, Ohio 43604-2293 |
| | ) | Telephone: (419) 245-1020 |
| | ) | Fax: (419) 245-1090 |
| | ) | |
| | | Counsel for Defendant, Hon. S. Dwight Osterud |

Now comes the Defendant, Hon. S. Dwight Osterud and gives notice of the appearance of John T. Madigan as counsel for Defendant, Hon. S. Dwight Osterud.

.

Respectfully submitted,

DALE R. EMCH, DIRECTOR OF LAW

*/s/ John T. Madigan*

John T. Madigan, Senior Attorney
Counsel for Defendant, City of Toledo

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Entry of Appearance was sent by electronic mail to Plaintiff, Beauregard Harvey, pro se., at xlegalfiling@gmail.com this 24th day of August, 2026.

*/s/ John T. Madigan*

John T. Madigan, Senior Attorney