**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**BEAUREGARD HARVEY,**

**Plaintiff,**

**v.**

**JUDGE SHARON KENNEDY, *et al.*,**

**Defendants.**

**Case Number 2:26-cv-976**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on the Order and Report and Recommendation issued by the Magistrate Judge on August 18, 2026. (ECF No. 5.) After reviewing Plaintiff Beauregard Harvey's Complaint under 28 U.S.C. § 1915(e)(2), the Magistrate Judge recommended that the Court dismiss this action for failure to state a claim on which relief can be granted. (*Id.*)

Plaintiff, proceeding *pro se* and *in forma pauperis*, sues the Justices of the Ohio Supreme Court and the judge overseeing his criminal proceedings in the Toledo Municipal Court under 42 U.S.C. § 1983 for violation of his Fourteenth Amendment substantive due process rights. (ECF Nos. 4, 5.) After conducting an initial screen, the Magistrate Judge recommended that the Court dismiss Plaintiff's Complaint under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief can be granted and deny as moot Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 2). (ECF No. 5, PageID 47.)

Once a magistrate judge issues a report and recommendation, the relevant statute provides:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those

> portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1). The failure to file written objections to a magistrate judge's report and recommendation forfeits a *de novo* determination by the district court of issues addressed in the report and recommendation. *See Thomas v. Arn*, 474 U.S. 140, 150–53 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Plaintiff was advised of his right to object to the Order and Report and Recommendation (ECF No. 5, PageID 47–48), but he did not file an objection. The Court **ADOPTS** and **AFFIRMS** (ECF No. 5) the Magistrate Judge's Order and Report and Recommendation. The Court **DISMISSES** Plaintiff Beauregard Harvey's Complaint under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief can be granted. The Court **DENIES AS MOOT** (ECF No. 2) Plaintiff Beauregard Harvey's Motion for Temporary Restraining Order and Motion for Preliminary Injunction.

The Clerk is **DIRECTED** to enter judgment, close this case, and mail a copy of this Order to Plaintiff Beauregard Harvey at 8130 Timothy Lane, Sylvania, OH 43560.

**IT IS SO ORDERED.**

**9/23/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**