AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

BEAUREGARD HARVEY,
*Plaintiff*
v.
JUDGE SHARON KENNEDY, et al.,
*Defendant*

Civil Action No. 2:26-cv-976

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

☒ other: Pursuant to the Order filed 9/23/2026 the Court denies as moot [2] Plaintiff Beauregard Harvey's Motion for Temporary Restraining Order and Motion for Preliminary Injunction; adopts and affirms [5] Magistrate Judge's Order and Report and Recommendation.

This action was *(check one)*:

☐ tried by a jury with Judge ________ presiding, and the jury has rendered a verdict.

☐ tried by Judge ________ without a jury and the above decision was reached.

☐ decided by Judge ________ on a motion for ________ .

Date: 09/23/2026

*CLERK OF COURT*

Christin M. Werner

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO